IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED

APR 1 6 2020

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR-06-80-GF-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SEASON HOPE EAGLEMAN, | |
| Defendant. | |

On April 1, 2020, United States Magistrate Judge John Johnston entered Findings and Recommendations with respect to the March 27, 2020, amended petition for revocation of Defendant Season Hope Eagleman's supervised release. (Docs. 81 and 84). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party objected. Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

2

Based on Eagleman's admission to the alleged violations, Judge Johnston recommends Eagleman's supervised release be revoked. Judge Johnston further recommends that this Court sentence Eagleman to 2 months imprisonment with 52 months of supervised release to follow. Judge Johnston's Findings and Recommendations are without clear error and are hereby adopted in full.

IT IS ORDERED that Defendant Eagleman's supervised release is revoked. Judgment will be entered by separate document.

DATED this 16th day of April, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge