IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-80-GF-SPW-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| SEASON HOPE EAGLEMAN, | |
| Defendant. | |

On September 30, 2020, the United States Magistrate Judge entered Findings and Recommendations with respect to the July 14, 2020 petition for revocation of Defendant Season Hope Eagleman's supervised release. (Docs. 103 and 90). Eagleman was notified of her right to file objections to the Findings and Recommendations within 14 days. Eagleman voluntarily waived this right. Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn,* 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax,* 235 F.3d 422, 427 (9th Cir. 2000).

Based on Eagleman's admissions to the alleged violations, the Magistrate recommends her supervised release be revoked. The Magistrate further

recommends that this Court sentence Eagleman to a prison term of time served followed by a supervised release term of forty-nine (49) months.  The Magistrate's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Season Hope Eagleman's supervised release is revoked.  Judgment will be entered by separate document.


DATED this 2nd day of October, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge