IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEASON HOPE EAGLEMAN, <br><br> Defendant. | CR 06-80-GF-SPW-JTJ <br><br> ORDER |

For the reasons stated on the record, SEASON HOPE EAGLEMAN is hereby released from the custody of the U.S. Marshals Service.

DATED this 2nd day of October, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1