IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-80-BLG-SPW-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| SEASON HOPE EAGLEMAN, | |
| Defendant. | |

On October 6, 2021, the United States Magistrate Judge entered Findings and Recommendations with respect to the September 23, 2021 petition for revocation of Defendant Eagleman's supervised release. (Docs. 123 and 119). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn,* 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax,* 235 F.3d 422, 427 (9th Cir. 2000).

Based on Eagleman's admissions to the alleged violations, the Magistrate recommends her supervised release be revoked.  The Magistrate further recommends that this Court sentence Eagleman to 6 months imprisonment followed by 43 months supervised release.  The Magistrate's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Eagleman's supervised release is revoked.  Judgment will be entered by separate document.

DATED this 21st day of October, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge