IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEASON HOPE EAGLEMAN,<br><br>Defendant. | CR 06-80-GF-SPW-JTJ<br><br>ORDER |

On July 7, 2022, United States Magistrate Judge Johnston entered Findings and Recommendations with respect to the May 2, 2022, petition for revocation of Defendant Eagleman's supervised release. (Docs. 137 and 128). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn,* 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax,* 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Eagleman's admissions to the alleged violations, Judge Johnston recommends her supervised release be revoked. Judge Johnston further recommends that this Court sentence Eagleman to a term of time served with no supervised release to follow. Judge Johnston's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Eagleman's supervised release is revoked. Judgment will be entered by separate document.

DATED this 22nd day of July, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2